Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of California

San Francisco Division

**FILED**
SEP 05 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**CV23-4558 AGT**

Terrance Turner

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bristol Myers Squibb, Federal Trade Commission, Microsoft Corporation, Google Deutsche Bank, Rack Space, SunTrust

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. ___:___-CV-_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Terrance Turner |
   | Street Address | 45520 East Severn Way #410 |
   | City and County | Sterling |
   | State and Zip Code | VA, 20166 |
   | Telephone Number | (855) 365-1943 |
   | E-mail Address | Legal@ServiceZeroProfessionalServices.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Bristol Myers Squibb |
| Job or Title *(if known)* | Board of Directors, CEO, Leadership |
| Street Address | Route 206 & Province Line Road |
| City and County | Princeton |
| State and Zip Code | New Jersey, 08543 |
| Telephone Number | (212) 546-4200 |
| E-mail Address *(if known)* | Investor.Relations@bms.com |

Defendant No. 2

| | |
|---|---|
| Name | Bristol Myers Squibb, 700 Bay Rd, Redwood City, CA 94063 |
| Job or Title *(if known)* | (650) 260-9800, media@bms.com |
| Street Address | Deutsche Bank, 101 California Street, San Francisco, CA 94111 |
| City and County | Deutsche Bank, 875 3rd Avenue, NY 10022, (212) 250-2500 |
| State and Zip Code | Microsoft, 555 California St #200, San Francisco, CA 94104 (415) 972-6400 |
| Telephone Number | Google, 1600 Amphitheatre Pkwy Building 43, Mountain View, CA 94043 (650) 253-0000 |
| E-mail Address *(if known)* | Truist Bank, 214 N. Tryon St., Charlotte, North Carolina, 28202 (336) 733-2000 |
| | Rackspace US, Inc, 1 Fanatical Place, San Antonio, TX 78218 (800) 961-4454 legalnotice@rackspace.com, publicrelations@rackspace.com |

Defendant No. 3

| | |
|---|---|
| Name | PriceWaterhouseCoopers LLP, 405 Howard Street, Suite 600, San Francisco, California 94105 (415) 498 5000 |
| Job or Title *(if known)* | PriceWaterhouseCoopers, 300 Madison Avenue, New York; New York 10017 (646) 471-4000 |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | USSOCOM |
| Job or Title *(if known)* | FBI |
| Street Address | CIA |
| City and County | Secret Service |
| State and Zip Code | IRS, SEC, DHS |
| Telephone Number | |
| E-mail Address *(if known)* | |

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
U.S. Jurisdiction Common Law, Breach of Contract, U.S. Business Law, U.S. Contract Law, The Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, Conspiracy Statutes, Negligence ~
Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241,
18 U.S. Code § 245, 18 U.S. Code § 1365, 18 U.S. Code § 1951, 18 U.S. Code § 1030,
18 U.S. Code § 1032, 18 U.S. Code § 1037, 18 U.S. Code § 1038, 18 U.S. Code § 1349
Title 18, U.S.C., Section 242, Title 18, U.S.C., Section 245

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Terrance Turner, is a citizen of the State of *(name)* Virginia.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Terrance Turner, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* Virginia.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* [ N ∧ A ], is a citizen of the State of *(name)* [ N ∧ A ]. Or is a citizen of *(foreign nation)* [ N ∧ A ].

b. If the defendant is a corporation

The defendant, *(name)* [N∧A], is incorporated under the laws of the State of *(name)* [N∧A], and has its principal place of business in the State of *(name)* [N∧A].

Or is incorporated under the laws of *(foreign nation)* [N∧A], and has its principal place of business in *(name)* [N∧A].

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$1,000,000 USD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
This is a federal antitrust case, where BMS as primary defendant, has eluded investigation of the FTC and other organizations, because companies receiving cyber security third party risk management services do not report the illegal and fraudulent activities that are occurring within cyber security, of which, I personally know well, because these organizations "have fired me or have refused to hire me", or they are affected directly personally by BMS through contract services of Cyber-TPRM. BMS holds contract relationships with 30,000 companies globally in Cyber-TPRM, where "that department" was analyzed by me in 2021, and there was nothing there, but two people who don't call the 30,000 customers, and PWC fakes all of the paperwork and signs a fake BMS

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
signature on it, as if the manager of the Cyber TPRM department, and the manager of the Global TPRM department, signed it as if they were "DAA" of Information Assurance, within a Combatant Command or Special Military Operations Joint Command Center like USCENTCOM or USSOCOM, which I heard "these people" say, on Zoom, / Microsoft Teams, in front of me, as some sort of "op interest" HUMINT conversion scam of affairs, because "I know everything about Information Assurance, because he worked with Jessica Love and Lilliana Roman". They said these names "on the Teams". There is some NSA, GCHQ rogue infestation of Nancy Pelosi where personal information is being psycholoically armed and implemented militaristically against workers who

are characterized and rated as competent and intelligent, but there are influences with technology that cause people to forget that they hear and have heard these things. This antitrust activity, keeps competitive cyber security and competitive information technology "people", like "little white girls who want to work in Corporate America", out of the market, because "everyone is in on this scam" to "not do work" because "you might get in trouble if upper management finds out", unless like Dave and Dave of RackSpace and Wade from DB, they are taking secret money from World Pay, and the Korean government gives them secret, personal, inside information, about your personal life, to "say things to you" to agitate you into physical violence and this keeps people out of work

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/30/2023

Signature of Plaintiff:

Printed Name of Plaintiff: Terrance Turner

#### B. For Attorneys

Date of signing: 08/30/2023

Signature of Attorney:

Printed Name of Attorney: Terrance Turner
Bar Number: INTERPOL SEC BAR 431170989
Name of Law Firm: Service Zero Professional Services
Street Address: ~
State and Zip Code: Reston, VA 20190
Telephone Number: (855) 365-1943
E-mail Address: Legal@ServiceZeroProfessionalServices.com

Terrance Turner
Federal Bar Association, INTERPOL SEC 431170989
45520 East Severn Way, #410
Sterling, VA 20166
Legal@ServiceZeroProfessionalServices.com
(855) 365-1943, (703) 831-7596

*Attorney for the Plaintiff and the Proposed Claim, and victims of the allegations & charges*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TERRANCE TURNER,
*individually and on behalf of the Proposed Claim, and victims of the allegations & charges, and 30,000 unnamed companies including Microsoft and Google*

Plaintiff,

v.

Bristol Meyers Squibb
Federal Trade Commission

Defendant,

**CIVIL COMPLAINT**

**UNIFORM TRADE SECRETS ACT**
**UNIFORM COMMERCIAL CODE**
**FEDERAL VIOLATIONS OF LAW**

**DEMAND FOR BENCH TRIAL**

### 1. JURISDICTION

1. **TITLE 28 U.S.C. § 1331,** the federal question is stated as: "the district courts shall have original jurisdiction of all civil actions arising under the constitution, laws, or treaties of the United States". This code epithet of rhetoric, in conjunction with "The 10th Amendment" perfectly grants power and authority of The Northern District of California court jurisdiction system to hear this matter due to the following: 1) original, means any and all incipiating civil matters arising within the states with no respect to reason, with no respect to cause, with no respect to boundary accused, thereof or actual, 2) power, powers, authority specifically drafted, ratified to standard, and hence voted upon, and voted in to enaction shall be reserved by The Federal Government especially when these matters, and thus codified rule are made matter and record to new, common laws of understanding, and/or especially declared upon matters of law themselves, which Title 28 U.S.C. § 1331 is law and a prima fascia examination of the law, code, and epithat of standing declares that, "all civil actions", "arising…under…law…or The United States", 3) powers not specifically granted to the federal government, powers not specifically

granted to the states of The United States of America, are reserved and held in standing to the citizens of The United States themselves, powers held and adjudicated by and declared by The Federal Government of The United States of America shall be held, witnessed, and viewed in the reverse auspices at any state, municipality, local, or common level and thus as previously aforementioned is a classic and common interpretation of The Tenth Amendment.

2. **TITLE 28 U.S.C. § 1332**, the diversity question is stated as: the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $50,000, exclusive of interest and costs, and is between, (1) citizens of different states; (2) citizens of a state and citizens or subjects of a foreign state; (3) citizens of different states and in which citizens or subjects of a foreign state are additional parties; and (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a state or of different states.

## II.     FACTS

1. The plaintiff attained a job to work for Bristol Myers Squibb, defendant company to assist with PCI compliance, Technology Cyber Security Compliance, Cyber Security Breach Detection, Creation & Management of Cyber Threat Intelligence Department, Cyber Threat Analysis Identification Reporting & Detection, Cyber Security Third Party Risk Assessments, Cyber Security Third Part Risk Management, and eventually Third Party Risk Management functions and services for the defendant company. The job placement occurred in 2021.

2. The plaintiff attempted to perform regular meetings and departmental-reconnaissance functions and services to determine and ascertain, "how and what was going on" and ultimately determine, "what lack of productivity" (fraud) led to the opening of this job role, and thus interviewing of multiple candidates, such as, in the instance of World Pay, RSA, Anthem, Splunk (lack of job placement), Amazon (lack of job placement), Microsoft (lack of job placement), Activision-Blizzard (lack of job placement), VISA (lack of job placement), Walmart (lack of job placement), Home Depot (lack of job placement), oil and gas companies, Cognizant, Wipro, TCS, InfoSys, HCL America, and other companies, who have performed "lack of job placement" directly and implicitly through "third party services" against the plaintiff. The plaintiff non-fictitiously represents this non-career-feat as, 40 Fortune 100 Companies, and 40 Fortune 200 Companies, effectually…

3. The plaintiff has been interviewed, more than two hundred and fifty times, purely within the technology market, generally-explicit to cyber-security and nothing else, within five years of 2014 to 2020, non-inclusive to 2021 and beyond, "where the plaintiff has been focusing on 'his sales career' and now recently, 'a legal career', through the Federal Bar Appointment of "agencies" who will not furnish credentials to the plaintiff, and thus, hopes that judges will not "throw out his cases", and make income proceeding attempts, difficult for the plaintiff".

4. The plaintiff, has been interviewed more than anyone, considering the "resume reviews" online through job-board-platforms, the number of selections and no calls to the plaintiff performed, the number of emails sent to the plaintiff and no one responds or the communication pipeline 'dies' and/or somewhere 'falls short', the attempts at job submission and job submission never performed, the attempts at job submission and job submission received and no feedback and no interview apparent request from the hiring manager, the attempts at job submission and job submission received and the plaintiff and

receives an interview request from the hiring manager but no scheduling accomplished, and lastly, in general, suppose-ed job offers to be sent or negotiated and nothing occurs. This more inclusive description and characteristic of the plaintiff's affairs, are "more than the two-fifty", inclusive to the ever so elusive "call and no call back to job recruiters and hiring managers". This is a long and daunting story of things.

5. The plaintiff is brought into the department of Cyber Security Third Party Risk Management for BMS and is promised much access and many projects to work on, but nothing was assigned for weeks. The interview discussed many specific projects to perform, many taskings that were back-dated and over-due, but there were no assignments to these tasks and there was no ability to create these tasks because the manager would not assign resources to the plaintiff to clear up this over-due long list of non-accomplishments.

6. The plaintiff cannot perform work, on any task nor on any project discussed within the interview because the manager, "instantly goes on vacation", just like the manager from Anthem, the manager from Accenture, the manager at RackSpace, and the manager at Deutsche Bank. These employees regularly exceed their "paid time off" allotments within companies, and "they are paid anyway", as well as employees that they protect.

7. The plaintiff is left to "rummage through documents", from dawn to dusk, from day to night, to attempt to understand "the cyber security posture of BMS" and there is "nothing to find". There is "nothing going on". This is similar to, and akin to Government Contract Companies, "supposedly performing all kinds of information technology for you" and when the contractors are inspected and examined by other contractors and "not the government personnel", "you find that there is nothing and people are just sitting there, doing nothing all day, every day". This occurs in cyber security globally, and this is why the plaintiff cannot "get a job" in cyber security, nor "get a job" in the legal industry, working at any law firm that needs legal productivity.

8. The plaintiff finds a few contract related documents, that are statements of work, request for comment, request for proposal return documents that explain services to be expected and continuing from PWC. PWC is contracted with BMS to "run" and "manage" the Cyber TPRM affairs that BMS cannot handle. The management consulting relationship is "take covert cues from BMS management to subvert any BMS employee action to manage and steer TPRM projects", in certain ways, especially instant approval and lack of oversight while approving of TPRM documents, inclusive to the risk assessments, that are supposed to be performed for Microsoft, Google, Sears, Twitter, Alphabet Corporation, Blizzard, and other companies which may include Activision.

9. The plaintiff physically reviewed 27,000 company names in an excel file, where thousands of companies are contracted with BMS to this one singular department, that only contains three individuals, and now four, inclusive to the plaintiff's arrival. This is a real excel file spreadsheet. It contains slightly more than 27,000 thousand company names, from all over the world, but much of the Fortune 5,000 within this country and The FBI indicates that there is a secret document that contains "the rest of the 3,000 names" of companies thar are contracted in cyber security third party risk management services.

10. The excel file, was a semi-protected document upon a Microsoft Sharepoint share-drive location unique to the discretionary auspices of Cyber-TPRM. The department is literally, the manager, who is

addressed and positioned as a "director" and two "contractors", including myself, who was regarded as an "BMS Employee" by regular distinction and address by managers and non-friend associates during meetings, speaking on-behalf of "the director" and "other upper management of BMS" is how The Plaintiff was viewed.

11. Cyber-TPRM is responsible for risk management services, that are applied to those who are on contract and those who are engaged in services presently. TPRM is a division within BMS itself, and Cyber TPRM is a sole department, within the global TPRM division, which is expansive. It, too, similarly has a vast list of customers but only circa, approximate in quantity 13,000. Where does this money go? It does not create the Cyber-TPRM budget.

12. What is Third Party Risk Management. To explain to the court and those reading this document, Third Party Risk Management, is defined by the name itself. It is derived from contractual terms that are within the legal definitions and libraries of things. Cyber-TPRM, functions in similar ways to TPRM Global. It performs its processes in rather similar ways.

13. The issue that is for the court, which cannot, yet, exclusive reside within this document as an accusation, is that TPRM has empty business processes and processes that are "too left up to the customer and can create fraud". The risk management process is to identify something that is a business risk, identify it documentable-ly, and then, perform evaluation, mitigation if able, and further documentation of the result of standing, and "always be honest".

14. Cyber-TPRM, follows the same architecture of processes but it does not investigate the risk that is identified by the client nor identified by themselves through technology. Cyber-TPRM does not interface nor interact with the client. They produce and "send out" a work sheet, and TPRM Global performs the same function, that lists a global unique set of identifier risk "things" upon an Excel SpreadSheet and then, "expects the client to clean-them-up and then, the client, at some point, after waiting or arguing with the client or PWC on the Zoom or on the phone, receive the data sheet back, and if the information doesn't seem pleasing enough, argue more, or argue less, and eventually "sign off" on the sheet of paper that is the Excel SpreadSheet file of "risks" and "risks areas" and move on with your day".

15. The department, at the time of hire, was not processing risks for these third party companies. Cyber-TPRM was creating a hoax service, of using "the apparent use of third-party threat intelligence, that is not integrated with anything, and purporting it as, the Cyber-TPRM itself, and touting it as "in network cyber attack detection akin to what some dude at Deutsche Bank got fired for a few years ago"". When the plaintiff heard this slur, it was an aghast situation, as well as, in the first meeting with "the two peons" of Cyber-TPRM the names Sheila Garibaldi and Tyneshia Renee Thomas were used in some odd form of conversation routine, in front of the plaintiff, who assumes "they must want some sort of reaction, obviously, BUT there is nothing for me to say, I am not trying to blow-up this job".

16. There is nothing else odd to report, except that the manager of this Cyber-TPRM alleged that the plaintiff should create an artificial intelligence service to perform Cyber-TPRM and only use threat intelligence data to do it, and create an artificial intelligence system that performs Cyber-TPRM but "don't alert any of our industry partners that we are doing so, otherwise they will shut us down and I will have to fly back to India empty handed".

~ 4 ~

### III. ALLEGATIONS & CHARGES

1. The manager of Cyber-TPRM and whatever Indian company "it" was affiliated with, whether it is TCS, Cognizant, Wipro, Infosys, or HCL America, or some individual or individuals from CSRA, was attempting to perform intellectual property theft in violation of The Uniform Trade Secrets Act, as well as, any other patented and trademarked and copyrighted intellectual property theft and intellectual property infringement in violation of the plaintiff's agreements with The IRS and The FBI.

2. Largely, as a whole, BMS may not be accused of anything, other than what their company is civilly liable for, in the course of these actions of events. BMS as a company is not accused of a coup or some sort of conspiracy that extends to other companies, nor other nation state countries. There are no accusations other than a targeted focus of this brief, upon cyber security services, and those who are liable for this crime and other violation of law, illegal actions. The organization is accused of negligence, and violation and breach of U.S. Business Law, The Duty of Loyalty, and U.S. Business Law The Duty of Care.

3. Cyber-TPRM is a fictional service, that does nothing. It does not serve a single client with an honest service attempt. The service is basically "you fill out this checklist and ask your security manager and incident response team of "cyber" for tips on how to do so, and when you fill out back to us, we will certify it, and with our TPRM seal of approval, PCI Council will approve your PCI Audit, and half of your FINRA findings". The service is in violation of The Uniform Commercial Code, multiple tenets, multiple aspects, notably the creation of a worthwhile product, creation of a worthwhile service, that is inherent to the idea and concept of warranty implicit upon service offering.

4. Cyber-TPRM allows its customers to certify themselves in violations of mistake and fraud sections, and applicable chapters of The Federal Trade Commission's Act. The customers and clients, "fill out the paperwork on their own, and never send it in to BMS, call the manager of Cyber-TPRM for approval, and send it to PWC, who looks it over, and then stamps it digitally with a BMS signature, and now, their PCI approval is, on the way".

5. Global TPRM is negligent, and is accused of negligence violations in applying tortious interference to profits, tortious interference to revenue, tortious interference to the correction and plight of cyber security within this country – inclusive to everything that is PCI and the attempt of PCI council and FINRA to appease cyber security integrity and mend it through the multiple GRAND STANDING revisions of bonafide, true, and good cyber-security revisions, inclusive to specific and abstract sections of the NIST Cyber Security Framework, graduating in its presence from the NIST v800-53 –, and steering away from due diligence practice of requesting results and reports from a basic and "too small" business department that cannot "handle a load of 30,000" customer businesses.

IV. CLAIMS

1. **UNIFORM TRADE SECRETS ACT**

   The manager, working on behalf of several companies aligned with TCS, Wipro, Cognizant, Infosys, and HCL America have been attempting to develop, a nation state, HUMINT compromise strategy of managers and employees, while developing a HUMINT control philosophy program where HUMINT agents, those witting, and those unwitting, understand how to perform lies through performance that defeat detection, perform lies through performance through tactics and strategy that defeat "defeat of the lie itself".

   This organization, through BMS attempted to murder the plaintiff, through a "PadSplit (AirBNB Alternative) arrival, upon the plaintiff trying to check in to a home for rent. An odd black girl appeared as a new check in house mate, just forty minutes before the plaintiff, stepped out of the car. At the appointed check in time a dirty van arrived and two gender-male occupants exited the vehicle as if they were tending to an overheated radiator-flawed vehicle malfunction, by propping the hood up and open.

   The plaintiff was directed through technology means of direct communication by NSA, to not engage, because of the pandemic and the plaintiff is already heavily concerned with illness and recovery from cancer. The plaintiff is held still, for at least two whole minutes while "these two men appear not to see him" or "see him briefly and because of the blue gloves, and blue mask, they think that he is a cleaner, or a professional augmented hitman from the Nancy Pelosi service of black people being used to infect the nation with sickness and perform operations upon humans including death".

   These black people will ruin your business and will make everyone sick. This is why, there are so many inept and disgruntled black female women in nursing and other allopathic medicine trade occupation paths. The FBI says, that this was designed to scare the plaintiff "back into work" by "calling the manager and confessing, yes I will make artificial intelligence for BMS for risk management purposes and more". Whoever is involved in this needs to die.

2. **UNIFORM COMMERCIAL CODE > § 1-304 -- OBLIGATION OF GOOD FAITH**

   BMS in cyber services is contracted with PWC to perform cyber security threat intelligence, but it created a third party contract of and for cyber security threat intelligence services with Recorded Future, and marketed it, advertised it, represented it, sold it, as "the same", "through and through" to every BMS upper management member, and no one is going to know the difference, because they are all technology inept, and all "take the word of the manage because it appears to have good standing in BMS".

   PWC created a fictional statement of work, RFC, RFP document, that is worth more than three million dollars of billables contract revenue generation of which BMS, pays the whole entire bill. In the way that a generally large company works in Corporate America, "people take the word of the manager, and that's it". If upper management thinks and believes that Cyber TPRM is successful because Eclaro has two diligent workers working in Cyber TPRM who are smarter than the average competent TPRM employee, then "everyone in BMS thinks that they are in good shape and cyber is winning the war on terrorism".

No one understands these technological matters well enough to challenge a manager on a service that doesn't exist and the manager doesn't understand the services, well enough, either for a complaint to be brought to them without the active denial cognitive dissonance complex of the locus of control parameters of the mind, taking control and he thinks "no no, everything is fine, we just need to call Recorded Future again, and they will give us the threat intelligence data to hunt through for TPRM to make dark web monitoring successful. All we need to do is issue more RM requests to our partners and they will fill out the excel file sheets, better and that is, third party risk management services".

3. **UNIFORM COMMERCIAL CODE > § 1-303 -- COURSE OF PERFORMANCE, COURSE OF DEALING, AND USAGE OF TRADE**

The plaintiff, was never able to perform any of the agreed upon projects that were discussed in the initial and final interview. The hiring was delayed or cancelled and then, engaged again by surprise. The plaintiff never got a full view of the cyber landscape of BMS because the manager of Cyber TPRM never forced inclusion into overall BMS cyber security services, which is figuratively addressed by them as "CSIRT", computer security incident response.

The plaintiff had one single meeting with two members of this team, who addressed themselves as "new" and as "a young team". This is virtue language, signal code. This is used, to convey, to the mind that "they are new to the subject matter and perform no work", "they can't understand much and do what they like and what they prefer, anyway, regardless of advisement", "they don't prefer to do anything other than what they enjoy and that does mean, that they don't do what they like", "they don't understand complex subjects like reading or listening, so just let them say things and agree plenty", "they don't like anyone who is smarter than they are, but they love themselves greatly for being smarter than everyone that they perceive", "they hate those people who are professional or just occupationally better because they make you attack them so that they can quit their job but then leave all of the broken stuff around that they didn't fix and that's why you hate them the most, THEY left these problems here before quitting, and now we can't fix them, we sit here all the time just waiting for them to come back or for them to hire someone new, these people keep hiring everyone that wants to work, and upper management can't understand what's supposed to work and what's not supposed to work".

The plaintiff, was promised access to SPLUNK which is the data repository where cyber security can be performed, if the data is in there, that contains applicable data that can be utilized authentically, genuinely, and well for incident response purposes. This did not occur. The plaintiff constructed several avenues of correcting the risk management services for the 30,000 customers but this was halted upon the firing through this disappearance act where the plaintiff was arrested on a fake charge that was created by The NSA and Korea. The plaintiff was never able to perform any meeting nor any corrective action to risk management services because the manager stands in the way of everything, much like World Pay, RSA, Splunk, Anthem, RackSpace, and SunTrust, and Deutsche Bank.

4. <u>**UNIFORM COMMERCIAL CODE > § 2-302 -- UNCONSCIONABLE CONTRACT OR CLAUSE**</u>

The PWC statement of work document, is functionally illegal, and technically inaccurate. It does not pass the technological sniff test, while primarily promising internal network dark web monitoring, internal network dark web detection, internal network cyber threat analytics incident response detection for and of BMS while simply, individually, solitarily only utilizing Recorded Future, which is a threat intelligence company that produces "indicators", aka "indicators of compromise", and "all of this, is going to perform and complete all of these services and more". This is within the document.

The court needs to see the document and to see the value of money attached, affixed as a price at the bottom of the document which is $8,000,000 MILLION DOLLARS per year. The PWC team, utilizes their managerial leverage to "help companies through the audit" by filling out the audit excel spreadsheet which is a "self filled, self service form" with the customer, by "analyzing the technology of the customer" and correlating it with "sheets of paper" from other customers and "guessing, what's not going to get you in trouble with PCI Council or FINRA when they come auditing or when they have an audit finding for you to respond to".

BMS, simply forwards all of the customers, to PWC. BMS is supposed to create server storage digital drive folders for each and every customer, and perform the audit through BMS resources, of which, BMS is a fifty billion dollar a year company, which completely indicates that they have "all of the resources in the world to create an ID.ME level cyber security third party risk management group", of which I was not going to create "with our $100 MILLION DOLLAR plan, at Deutsche Bank, between me and the director (who got promoted to managing director of CTO and my ass got fired)", and the excel assessment spreadsheets, which are contract documents, TO ME, TO MYSELF, WHO IS THE GREATEST CYBER & TECHNOLOGY EXPERT EVER LIVING are confusing, unconscionably unreadable.

5. <u>**UNIFORM COMMERCIAL CODE > § 2-312 -- WARRANTY OF TITLE AND AGAINST INFRINGEMENT; BUYER'S OBLIGATION AGAINST INFRINGEMENT**</u>

The plaintiff, created a better version of the excel spreadsheet assessment guide and control document for the third party risk management services through Microsoft Word and lots of practical experience in detecting cyber security incident response compromise breach attacks that was conscionable, and actionable, that "leads management into a practical excavation of their cyber security while performing the risk assessment questions, at a conscionable level of a manager's expected expertise, at the technical white paper level without, confusing book theory auditors or managers who do not know how to do their jobs", and this document is what the world needs to perform their cyber security baselines. It is relatively fifty questions. It is not more than 200, more than 300 "weird and odd" technically supposedly good and beneficial questions, that would confuse a jury, confuse the subjective-criticism public, would confuse political ambush sabotage artists, and would confuse a competent worker of any class, when someone in authority is asking any one of these questions. BMS is not able to warranty the service that it receives from its own cyber security workforce, nor is BMS able to warranty the cyber security service of third party risk management services that it provides to its customers, because there is no service, and there is false, charlatan lying through performance, orchestration of manipulation through performance, especially with and through documents. These are violations of law, that are too numerous to count.

Each company that is listed as a customer to BMS in cyber security third party risk management services, has accomplices and culprits to this conspiracy, where cyber security, as an industry is not hiring the correct workers to perform appropriate and accurate services, especially little white girls who want to do the job, because charlatan gay males are in charge of everything.

6. **UNIFORM COMMERCIAL CODE > § 2-313 -- EXPRESS WARRANTIES BY AFFIRMATION, PROMISE, DESCRIPTION, SAMPLE**

The plan of the statement of work, sold to BMS, makes a number of expressed affirmative promises. The document needs to be recovered and examined by Law Enforcement and The FBI for purposes of investigation. This philosophy that creates the pattern of behavior is what is driving a lot of the charlatan behaviors within this country. It is present, everywhere. And, at the end of the day, everyone who gets in trouble in technology "blames the sales people".

7. **UNIFORM COMMERCIAL CODE > § 2-314 -- IMPLIED WARRANTY: MERCHANTABILITY; USAGE OF TRADE**

Recorded Future is being advertised as dark web detection, and SPLUNK integration detection of all cyber risk attacks, to increase the efficiency of incident response, and upper management believes it. Upper management, within this company and along with other companies, perform gossip and parroting culture talks that reinforce their psychological mindset and beliefs. No one is going to allow, a competent worker, "to go in there" and perform work.

Lesser subordinate workers, are going to sabotage work. They are going to not perform well, intentionally and even accidentally. They will ruin their bodies and ruin their intelligence through bad habits, all of which are occurring now, to keep people from working, and keep other workers from performing labor that is reliant upon workers' performance. Instructions cannot be provided to inept workers. This is part of the reason why, I decided not to attempt to actively train, the cyber security staff of more than 100 personnel within Deutsche Bank, which is a human resources trap, for any attempted manager, where "you" will fail in your managerial career pretty quickly, if "you" attempt to instruct those who will not perform integrity of the instruction, to perform instruction or direction in precise competent ways. It cannot be done.

In this day and age, these people, do things wrong on purpose. They do not care.

## V. PARTIES

1. Terrance Turner is an affiliate of USSOCOM and The Federal Bureau of Investigations. Federal Bar Appointee, INTERPOL SEC 431170989. Terrance Turner is charged with filing lawsuits during the natural course of business and life restitution activities beyond personal whim, beyond personal will, is the subject of monitoring per CIA AND USSOCOM directive and military intelligence clearance clandestine programs.