UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>BRISTOL MYERS SQUIBB, et al.,<br><br>    Defendants. | Case No. 23-cv-04558-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 9 |

The Court has reviewed Magistrate Judge Tse's Report and Recommendation Re Dismissal, as well as objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED Terrance Turner's complaint is DISMISSED without leave to amend under 28 U.S.C. § 1915(e)(2)(B)(i). The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff, and to close the file.

**IT IS SO ORDERED.**

Dated:   6/23/2025

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge